PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GERICE SHADE, ) | |
| ) | CASE NO. 4:21CV1049 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| CRACKER BARREL OLD COUNTRY ) | |
| STORE, INC., ) | |
| ) | **JUDGMENT ENTRY** |
| Defendant. ) | |

Having filed its Memorandum of Opinion and Order partially granting Defendant's motions to (1) Compel Arbitration and (2) Stay this Action pending Completion of Arbitration Proceedings (ECF No. 4), the Court hereby enters judgment in favor Defendant Cracker Barrel Old Country Store, Inc. and against Plaintiff Gerice Shade on the issue of whether arbitration could be compelled. It is. The above-captioned matter is to be submitted for arbitration, in accord with the parties' agreement (ECF No. 4-2). The action will not be stayed, however, as the action is dismissed.

This Judgment Entry constitutes and entry of judgment pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

 March 18, 2022  /s/ Benita Y. Pearson
 Date   Benita Y. Pearson
   United States District Judge